No. 11–6311. ASSA'AD-FALTAS v. CITY OF COLUMBIA, SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 11–6316. MALDONADO v. RUNNELS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6317. THORNTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–6319. SALAZAR, AKA SOLAZAR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6322. RAMER v. LONG ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6323. VICTOR O. v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 11–6324. MOUTON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6336. BRADLEY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 11–6345. PONCE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–6349. WRIGHT v. SYMMES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–6353. DYDZAK v. GEORGE, CHIEF JUSTICE, SUPREME COURT OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6354. DORF, FKA DRAGOMIR v. GRIGGS ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6356. LEE v. UPTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–6360. BOWEN v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 11–6366. HINTON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.